UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 21-7005-JCB |
| | ) |
| MARK SAHADY, | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Brian Thomas Gutierrez, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Mark Sahady on a criminal complaint issued by the United States District Court for the District of Columbia on January 18, 2021, charging the defendant with knowingly entering or remaining in any restricted building or grounds without lawful authority to do; and knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engaging in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions, in violation of 18 U.S.C. §§ 1752(a); and (2) uttering loud, threatening, or abusive language, or engaging in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, in violation of 40 U.S.C. § 5104(e)(2)(D). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the

information set out above. A copy of said warrant is attached.

_____
Brian Thomas Gutierrez
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 20th day of January, 2021.

_____
Jennifer C. Boal
United States Magistrate Judge