UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK SAHADY,<br><br>Defendant | CRIMINAL No. 21-7005-JCB |

## ASSENTED-TO MOTION TO WITHDRAW GOVERNMENT'S MOTION TO DETAIN DEFENDANT UNDER 18 U.S.C. § 3142(f)(2)(B)

The United States of America, by Andrew E. Lelling, United States Attorney, and William F. Bloomer, Assistant United States Attorney for the District of Massachusetts, moves to withdraw its motion to detain the defendant, Mark Sahady, pursuant to Title 18. U.S.C. § 3142(f)(2)(B).

As grounds therefor, the government and defense counsel have reached an agreement to release the defendant subject to certain conditions under 18 U.S.C. § 3142(c)(1)(B); however, the parties have not agreed on all of the conditions of release.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ William F. Bloomer
WILLIAM F. BLOOMER
Assistant United States Attorney
617/748-3100

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a copy will be emailed to those indicated as non-registered participants.

                                                  */s/William F. Bloomer*
                                                  William F. Bloomer
                                                  Assistant United States Attorney

Date: January 21, 2021