# MASSACHUSETTS FEDERAL DISTRICT COURT
Boston Division

| | |
|---|---|
| UNITED STATES,<br><br><br>v.<br><br>MARK SAHADY, | Case No.: 21MJ7005<br><br><br>MOTION TO HAVE PRELIMINARY HEARING UNDER RULE 5.1 IN WASHINGTON DC. |

HERE COMES MARK SAHADY

1. Whereas, pursuant to Rule 5.1(b) of the Federal Rules of Criminal Procedure, "A defendant arrested in a district other than where the offense was allegedly committed may elect to have the preliminary hearing conducted in the district where the prosecution is pending";

2. Whereas, Mr. Mark Sahady was arrested in the District of Massachusetts but the offense was allegedly committed in Washington, DC.

3. Whereas, having the preliminary hearing conducted in the district where the prosecution is pending appears under 5.1(b) of the Federal Rules of Criminal Procedure to be a matter of right for the defendant;

4. Whereas, Attorney Rinaldo Del Gallo spoke to the Honorable United States Attorney William Bloomer on Wednesday, January 20, 2021 by telephone, and Attorney Bloomer has indicated that he has no objection to the preliminary hearing pursuant to Rule 5.1(b) being held in Washington D.C.;

It is hereby respectfully moved to have the Rule 5.1(b) preliminary hearing heard in Washington DC.

This motion is requested to be heard on Thursday, January 21, 2021, and if is not heard, it is asked that the court rule on it administratively.

Dated this Thursday, January 21, 2021

Attorney Rinaldo Del Gallo, III
PO Box 1082
Pittsfield, MA 01202-1082
(413) 445-6789
BBO 632880
RinaldoDelGallo@gmail.com

CERTIFICATE OF SERVICE


I, Attorney Rinaldo Del Gallo, III, hereby certify that on Thursday, January 21, 2021, a copy of this

document was e-mailed to the Honorable United States Attorney William Bloomer of the United States

Department of Justice at william.bloomer@usdoj.gov, just after midnight.


Attorney Rinaldo Del Gallo, III
PO Box 1082
Pittsfield, MA 01202-1082
(413) 445-6789
BBO 632880
RinaldoDelGallo@gmail.com

Thursday, January 21, 2021