UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  ) Criminal No. 21-MJ-07005-JCB<br>)<br>MARK SAHADY )  | |

## MOTION TO WITHDRAW

Assistant Federal Public Defender Jane F. Peachy hereby requests to withdraw as counsel in this case. As reason therefor, private counsel has been retained and has filed his appearance on behalf of the defendant.

           Respectfully submitted,
           MARK SAHADY
           By his attorney,

           */s/ Jane F. Peachy*
           Jane F. Peachy, B.B.O. #661394
           Federal Defender Office
           51 Sleeper Street, 5th Floor
           Boston, MA  02210
           Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 21, 2021.

           */s/ Jane F. Peachy*
           Jane F. Peachy
           Assistant Federal Public Defender