UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No. 21-7005-JCB

UNITED STATES OF AMERICA

v.

MARK SAHADY

**RULE 5 ORDER OF REMOVAL**

January 22, 2021

Boal, M.J.

Defendant Mark Sahady is charged in a complaint in the U.S. District Court for the District of Columbia (Case No. 21-mj-108 in the charging district) with knowingly entering or remaining in any restricted building or grounds without lawful authority in violation of 18 U.S.C. § 1752(a)(1) & (2) and disorderly conduct in capitol grounds in violation of 40 U.S.C. § 5104(e)(2)(D).  An initial appearance was held on January 19, 2021, at which time the government moved for detention.  On January 21, 2021, the government withdrew its motion for detention and I released the defendant on conditions.

The defendant waived an identity hearing.  I find that the defendant is the person named in the warrant.  The United States has produced a facsimile of the warrant.  The defendant was informed of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

The defendant elected to waive his rights to a probable cause hearing in this District.  The defendant reserved his right to a probable cause hearing in the District of Columbia.

WHEREFORE, the defendant is ORDERED removed to the District of Columbia, and further, the defendant is ORDERED to appear before the United States District Court for that

1

District whenever ordered to do so by that Court.

   /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge